UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHEVONNE SIUPA,

   Plaintiff,
vs.

ASTRA TECH, INC., JOE JOHNSON,
AND STEVE CYR,

   Defendants.

Civil Action No.

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2010 MAR 29 P 2: 51

### NOTICE OF APPEARANCE

Please enter the Appearance of Catherine E. Reuben as counsel on behalf of the Defendants Astra Tech, Inc., Joseph Johnson, and Steven Cyr.

Catherine E. Reuben (BBO #552379)
creuben@hrwlawyers.com
HIRSCH ROBERTS WEINSTEIN LLP
Two Park Plaza, Suite 610
Boston, MA 02116-3902
617-348-4300

Dated:   March 29, 2010

### CERTIFICATE OF SERVICE

I, Andrea C. Kramer hereby certify that a copy of the foregoing document was served by mailing it, postage prepaid, first class mail to E.P. Michael Karcis, Esq., P.O. Box 1185, Attleboro, MA 02703 and Jeffrey F. Ryan, Esq., Ryan & Steiner, 455 North Whisman Road, Suite 200, Mountain View, CA 94043-5721, on March 29, 2010

Andrea C. Kramer