UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHEVONNE SIUPA,<br><br>  Plaintiff,<br>vs.<br><br>ASTRA TECH, INC., JOE JOHNSON,<br>AND STEVE CYR,<br><br>  Defendants. | Civil Action No. |

FILED IN CLERKS OFFICE
2010 MAR 29 P 2: 51
U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF APPEARANCE

Please enter the Appearance of Andrea C. Kramer as counsel on behalf of the Defendants Astra Tech, Inc., Joseph Johnson, and Steven Cyr.

*[signature]*
Andrea C. Kramer (BBO# 632584)
akramer@hrwlawyers.com
HIRSCH ROBERTS WEINSTEIN LLP
Two Park Plaza, Suite 610
Boston, MA 02116-3902

Dated:   March 29, 2010      617-348-4300

### CERTIFICATE OF SERVICE

I, Andrea C. Kramer hereby certify that a copy of the foregoing document was served by mailing it, postage prepaid, first class mail to E.P. Michael Kareis, Esq., P.O. Box 1185, Attleboro, MA 02703 and Jeffrey F. Ryan, Esq., Ryan & Steiner, 455 North Whisman Road, Suite 200, Mountain View, CA 94043-5721, on March 29, 2010

*[signature]*
Andrea C. Kramer