UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHEVONNE SIUPA,<br><br>                Plaintiff,<br><br>vs.<br><br>ASTRA TECH, INC., JOE JOHNSON,<br>AND STEVE CYR,<br><br>                Defendants. | Civil Action No. 10-10525-LTS |

**PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Massachusetts Local Rule 83.5.3(b), E.P. Michael Karcis, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the admission of Jeffrey F. Ryan, Esq., a member of the Bar of the State of California, to this Court for the purpose of representing Plaintiff in the above-captioned matter, and states as follows:

      1.      Jeffrey F. Ryan's business address is 455 N. Whisman Road, Suite 200, Mountain View, CA 94043.  His telephone number is (650) 691-1430.

      2.      Jeffrey F. Ryan is a member in good standing of the Bar of the State of California, as evidenced by the Certificate of Good Standing attached hereto as Exhibit A.

      3.      There are no disciplinary proceedings pending against Jeffrey F. Ryan as a member of the bar in any jurisdiction as stated in the Application For Admission attached hereto as Exhibit B.

      4.      Jeffrey F. Ryan is familiar with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

      5.      E.P. Michael Karcis, a member of the Bar of the Commonwealth of

Massachusetts and the United States District Court for the District of Massachusetts, will continue to represent Plaintiff if this motion is granted and until Plaintiff obtains substitute counsel.

6. In accordance with this Court's fee schedule, a fifty dollar ($50) filing fee will be paid for the admission of Jeffrey F. Ryan to this Court within 24 hours after this document is submitted electronically.

7. Pursuant to Local Rule 7.1(a), Defendants have conferred with counsel for Defendants and she has no objection to granting this motion.

WHEREFORE, Plaintiff respectfully request that Jeffrey F. Ryan be admitted to practice before this Court pro hac vice for the purpose of appearing as counsel for Plaintiff in the above-referenced proceeding in accordance with the Rules of this Court.

PLAINTIFF CHEVONNE SIUPA,

____/s/___E.P. Michael Karcis_____
E.P. Michael Karcis (BBO# 636153)
epmkarcis@yahoo.com
P.O. Box 1185
Attleboro, MA 02703
Dated: October 21, 2011          508-212-2142

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

_____/s/__E.P. Michael Karcis_____
E.P. Michael Karcis (BBO# 636153)