UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHEVONNE SIUPA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 10-10525-LTS |
| | ) |
| ASTRA TECH, INC., et al., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM AND ORDER RE: BILL OF COSTS

Defendants, as the prevailing party in this lawsuit, filed a bill of costs on 10/18/13 in the amount of $26,719.75 pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, and 28 United States Code § 1920 citing fees of the clerk, service of summons and subpoenas, deposition and hearing transcripts, witness fees, and miscellaneous costs. Plaintiff objected to this filing on 11/5/13, citing excessiveness with respect to certain listed costs, and requested a hearing.

First, under the local procedures governing bills of costs, the time to object to the defendants' submission expired on 10/28/2013. Therefore, the plaintiff's objections were untimely and can be overruled on that basis alone. Setting aside the tardiness of the filing, the objections are without merit. Any items included in the defendants' submission not specifically addressed in the plaintiff's objections are allowable as unopposed (e.g., court filing fees and certain travel and subpoena expenses). The remaining objections are disposed of as follows:

The plaintiff objected to the cost of deposition transcripts. The objection is not claiming

the depositions were not necessary, just that the cost was too high. The plaintiff has offered no supporting documentation, evidence, or legal support for this objection. The defendants, however, have submitted the necessary affidavits and invoices to substantiate the costs. The objection, therefore, is overruled.

The plaintiff objected to the local travel costs claimed by the defendants for the deposition of Dr. Burton. The objection is based on the plaintiff's contention that her counsel's car rental expense was less than defense counsel's taxi expenses. The plaintiff has offered no supporting documentation or evidence, nor any legal support requiring a specific mode of transportation. The costs claimed are not unreasonable, and the objection is overruled.

The plaintiff objected to the cost of subpoenas for three witnesses as excessive or unnecessary. The plaintiff has offered no supporting documentation, evidence, or legal support for this objection. The defendants, however, have submitted the necessary affidavits and invoices to substantiate the costs, as well as a justification for their decisions to serve the relevant subpoenas. The objection, therefore, is overruled.

The plaintiff objected to the witness fee for Dr. Burton. The parties previously agreed to split the cost of $281.25 for Dr. Burton's time. The defendants now request a $40.00 fee for the witness. Regardless of the agreement the parties reached when scheduling the deposition, the defendants as the prevailing parties are entitled by statute to recover up to $40.00 of any witness fee. Because they paid Dr. Burton well over that amount, the objection is overruled.

The plaintiff objected to costs claimed for hearing transcripts and electronic discovery services as not reasonably necessary. The plaintiff has offered no supporting documentation, evidence, or legal support for this objection. The defendants, however, have submitted the necessary affidavits and invoices to substantiate the costs. In addition, the docket reflects that

hearing transcripts were ordered and used in connection with subsequent motion practice, and the defendants have explained that electronic discovery services were necessary in order to respond to the plaintiff's discovery requests. The objection is, therefore, overruled.

## ORDER TAXING BILL OF COSTS

Based on the foregoing, there is no need for a hearing, and the request for Bill of Costs is ALLOWED. Costs shall be taxed against the plaintiff, Chevonne Siupa, as follows:

1. Fees of the clerk..................................................................................$375.00

2. Fees for service of summons and subpoena..............................................$2,214.40

3. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case.......................................................................................$18,491.90

4. Fees for witnesses.......................................................................................$40.00

5. Other costs..............................................................................................$5,598.45

                                                        TOTAL....................$26,719.75

BY THE COURT

/s/ Maria Simeone
Deputy Clerk

Dated: November 27, 2013